Stein, J.
(dissenting). Unlike the majority, I interpret the arbitration clause at issue here as narrow, rather than broad. In my view, under the facts of this case and that interpretation of the policy, the determination of the arbitrability of the parties’ dispute should be made by the courts (see generally Silverstein Props. v Paine, Webber, Jackson & Curtis, 65 NY2d 785, 787-788 [1985]). Accordingly, I dissent and would reverse the order of the Appellate Division.
Chief Judge DiFiore and Judges Rivera, Garcia and Wilson concur; Judge Stein dissents in an opinion; Judge Fahey taking no part.
Order, insofar as appealed from, affirmed, with costs, in a memorandum.